JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEROME D. WHITE, | NO. CV 19-8668-JFW(E) |
| Petitioner, | |
| v. | JUDGMENT |
| LAURA ELDRIDGE, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: February 20, 2020.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE